IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS E. TEMPLIN : CIVIL ACTION
:
v. :
:
MONTGOMERY COUNTY COURT OF COMMON : NO. 13-3513
PLEAS :
MONTGOMERY COUNTY CORRECTIONAL :
FACILITY :

**ORDER**

AND NOW, this 25th day of June, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis, his complaint, and his "Ex Parte Motion to Appoint Marshall to Serve Summons," IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff, Francis E. Templin, #12-6500, shall pay the full filing fee of $350 in installments. Based on the financial information provided by plaintiff, an initial partial filing fee of $12.20 is assessed. The Warden or other appropriate official at the Montgomery County Correctional Facility or at any other prison at which plaintiff may be incarcerated is directed to deduct $12.20 from his inmate trust fund account when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-3513. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Montgomery County Correctional Facility, or at any prison at which plaintiff may be incarcerated, shall deduct from his account, each time that his

inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-3513.

    3. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's memorandum.

    4. The Clerk of Court is directed to send a copy of this order to the Warden of the Montgomery County Correctional Facility.

    5. Plaintiff's undocketed "Ex Parte Motion to Appoint Marshall to Serve Summons," is DENIED as moot.

    6. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.

**ENTERED**

JUN 26 2013

**CLERK OF COURT**